

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KIRYAS JOEL ALLIANCE, CONGREGATION
BAIS YOEL OHEL FEIGE, ZALMAN WALDMAN,
MEYER DEUTSCH, BERNARD TYRNAUER,
ISAAC SRUGO, JOSEPH WALDMAN, MOSHE
TENNENBAUM, DAVID WOLNER and JOEL
WALDMAN,

                                    Plaintiffs,

                        -against-

VILLAGE OF KIRYAS JOEL, JACOB REISMAN,
Village Trustee, sued in his official capacity, MOSES
GOLDSTEIN, Village Trustee, sued in his official
capacity, SAMUEL LANDAU, Village Trustee, sued
in his official capacity, ABRAHAM WEIDER, Mayor
of the Village of Kiryas Joel, sued in his official
capacity, MOSES WITRIOL, Director, Village of
Kiryas Joel Department of Public Safety, sued in his
individual and official capacities, CONGREGATION
YETEV LEV D'SATMAR OF KIRYAS JOEL, DAVID
EKSTEIN, TOWN OF MONROE, and CESAR A.
PERALES, sued in his official capacity as acting New
York Secretary of State,

                                    Defendants.
-----------------------------------------------------------------------x

Case No. 11 Civ. 03982 (JSR)

**STIPULATION AND ORDER**

**WHEREAS,** plaintiffs have named Cesar A. Perales, in his official capacity as acting

New York Secretary of State (the "Secretary of State"), as a defendant in this action,

**WHEREAS,** in paragraph H of the Wherefore clause of plaintiffs First Amended

Complaint, dated June 24, 2011 (the "Amended Complaint"), in this action, plaintiffs

request, among other things, that the Court issue an order dissolving the Village of Kiryas

Joel.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for plaintiffs and the Secretary of State, as follows:

1.     Plaintiffs hereby withdraw paragraph G of the Wherefore clause of their

Amended Complaint and dismiss the Secretary of State with prejudice from this action;

2.     The Secretary of State will recognize and abide by any final, non-appealable

order of this Court directing dissolution of the Village of Kiryas Joel; and

3.     Plaintiffs and the Secretary of State shall bear their own fees, costs and

disbursements in connection with this action.

Dated: New York, New York
      August 25, 2011

| | |
|---|---|
| SUSSMAN AND WATKINS<br>Attorney for Plaintiffs | ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>Attorney for Defendant Cesar A. Perales |
| By: _____<br>   Michael H. Sussman (3497)<br>55 Main Street<br>Goshen, New York 10924<br>(845) 294-3991 | By: _____<br>   Mark E. Klein (5145)<br>Assistant Attorney General<br>120 Broadway - 24th Floor<br>New York, New York 10271<br>(212) 416-8888<br>Mark.Klein@ag.ny.gov |

**SO ORDERED:**

_____
Hon. Jed S. Rakoff

Dated: August  , 2011

8 – 27 – 11